UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENEDICT MENSAH,

                      NO. CIV. S-09-3196 LKK/EFB

    Plaintiff,

  v.

                      O R D E R

GMAC MORTGAGE, et al.,

    Defendants.

                      /

Plaintiff in this case brings claims arising out of his mortgage. Defendant GMAC Mortgage has filed a motion to dismiss noticed for hearing on February 8, 2010. Various other defendants have filed motions to dismiss set for future dates. Pursuant to Local Rule 230(c), plaintiff's opposition or statement of non-opposition for GMAC Mortgage's motion was due on January 25, 2010.

On January 22, 2010, plaintiff filed a status report. This status report mentioned pending motions to dismiss set for hearing on March 8 and April 5, 2010, but made no mention of GMAC Mortgage's motion. The court noticed this omission, and called

1

counsel for plaintiff in the afternoon of January 22, 2010, to remind counsel of the upcoming deadline. Notwithstanding this reminder, plaintiff has not filed an opposition or statement of non-opposition.

Based on the above, the court ORDERS as follows:

1. Counsel for plaintiff is hereby ORDERED TO SHOW CAUSE in writing why sanctions should not issue in accordance with Local Rule 110, including a fine of $150 and/or dismissal of this case. See also Fed. R. Civ. P. 41(b), Link v. Wabash R.R., 370 U.S. 626, 633 (1962). Counsel shall file a response to this order to show cause no later than February 8, 2010.

2. Hearing on defendant's motion to dismiss (Dkt. No. 12) is CONTINUED to February 22, 2010 at 10:00 a.m.

3. Plaintiff shall file and serve his opposition or statement of non-opposition on or before February 8, 2010. Defendant GMAC Mortgage may file and serve a reply no later than February 16, 2010.

IT IS SO ORDERED.

DATED: January 28, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2