UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENEDICT MENSAH,

                NO. CIV. S-09-3196 LKK/EFB

    Plaintiff,

  v.

                O R D E R

GMAC MORTGAGE, et al.,

    Defendants.

    The court's order of February 23, 2010 included an order to show cause directed to plaintiff's counsel. Counsel has filed a response. In light of this response, the court finds that no further sanction is required, and the order to show cause is discharged.

    IT IS SO ORDERED.

    DATED: March 19, 2010.

*[signature: Lawrence K. Karlton]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1